IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| CAMP DRUG STORE, INC., individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-502 |
| | ) |
| RED PARROT DISTRIBUTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Camp Drug Store, Inc. ("Plaintiff") and Red Parrot Distribution, Inc., by their respective undersigned counsel, pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice of this action, with all parties to bear their own costs.

April 22, 2019

Respectfully submitted,

CAMP DRUG STORE, INC.

By:  /s/ Daniel J. Cohen

Phillip A. Bock
Daniel J. Cohen
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Facsimile:  312-658-5555
Email: phil@classlawyers.com
Email: danieljaycohen209@gmail.com

Attorneys for Plaintiff

and

RED PARROT DISTRIBUTION, INC.

By:  /s/ Dale R. Sisco

Dale R. Sisco
SISCO-LAW
1110 N. Florida Ave.
Tampa, FL 33602
Telephone: 813-224-0555
Facsimile: 813-221-9736
Email: dsisco@siscolaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2019, he caused the foregoing document to be filed on the Court's CM/ECF System, which will send notification to all counsel of record.

By: /s/ Daniel J. Cohen

Phillip A. Bock
Daniel J. Cohen
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Facsimile:  312-658-5555