IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMP DRUG STORE, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:17-CV-502-NJR-RJD |
| RED PARROT DISTRIBUTION, INC., | ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed jointly by the parties (Doc. 42), this entire action is **DISMISSED without prejudice**, with each party to bear its own costs.

DATED:   April 22, 2019

                                                      MARGARET M. ROBERTIE,
                                                      Clerk of Court

                                                      By:   s/ Deana Brinkley
                                                              Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
                     NANCY J. ROSENSTENGEL
                     Chief U.S. District Judge